Otto HENNING and Carter Carburetor Corporation, Appellants, v. Clarence H. JORGENSEN, Clarence H. Jorgensen, Administrator, and General Motors Corporation, Appellees.

No. 13969.

United States Court of Appeals
Eighth Circuit.

Jan. 26, 1950.

Rehearing Denied March 31, 1950.

Hugh M. Morris, Wilmington, Del. (Bertram H. Mann, Jr., and George R. Ericson, St. Louis, Mo., on the brief), for appellants.

John H. Bruninga, St. Louis, Mo. (Alex F. Baillio, Detroit, Mich., on the brief), for appellees.

Before SANBORN, WOODROUGH and RIDDICK, Circuit Judges.

WOODROUGH, Circuit Judge.

This appeal is taken from a suit brought under Revised Statutes, Sec. 4915, Title 35 U.S.C.A. § 63, to authorize the Commissioner of Patents to issue a patent embodied in the claim which was the subject matter of an interference proceeding before the Patent Office, to the General Motors Corporation, assignee of the appellees, Clarence H. Jorgensen and Clarence H. Jorgensen, Administrator.

The appeal was consolidated with that of Ericson et al. v. Jorgensen et al., 8 Cir., 180 F.2d 180, in which an opinion has been filed this day. The decision in the Ericson case is applicable to this case as the same questions are involved.

For the reasons stated in the opinion in the Ericson case the judgment appealed from is affirmed.

Affirmed.

Fred M. CARTER and The Chase National Bank of the City of New York, etc., Plaintiffs-Appellants, v. Jane M. HOEY, etc., et al., Defendants-Appellees.

No. 153, Docket 21544.

United States Court of Appeals
Second Circuit.

Argued Jan. 12, 1950.

Decided Jan. 30, 1950.

Writ of Certiorari Denied May 29, 1950.

See 70 S.Ct. 1001.

Alexander & Green, New York City, James D. Ewing, Lasater Terrell and Christian H. Genghof, New York City, of counsel, for plaintiffs-appellants.

Irving H. Saypol, United States Attorney, New York City, David McKibbin, Assistant United States Attorney, New York City, of counsel, for defendants-appellees.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Leibell, J., 88 F.Supp. 765.